**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JESSICA FRAZIER,

     Plaintiff,

vs.                                                                      No. 1:21-CV-01038-GJF/JHR

WAL-MART INC., STORE #5430,
And MICHAEL GALLEGOS,

     Defendants.

**STIPULATED ORDER EXTENDING**
**DEADLINE TO SUBMIT CLOSING DOCUMENTS**

     THIS MATTER, having come before the Court upon the parties' Fourth Joint Motion to

Extend Deadline to Submit Closing Documents, the Court, having considered the Joint Motion

and being fully advised, finds that the Motion is well-taken and should be GRANTED.

     IT IS THEREFORE ORDERED that the Parties have until March 2, 2023, to submit

closing documents in this matter.

_____
Honorable Jerry H. Ritter
United States Magistrate Judge

SUBMITTED BY:

MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, PA

By: _/s/ Megan T. Muirhead_____
    Megan T. Muirhead (mtm@modrall.com)
    Bayard Roberts (bxr@modrall.com)
    *Attorneys for Defendant*
    P. O. Box 2168
    Albuquerque, NM 87103-2168
    505.848.1800/ Fax 505.848.9710

and

GARRETT LAW

By: _/s/ Aaron Garrett_____
    Aaron Garrett (aaron.garrettlaw@gmail.com)
    6739 Academy Road NE, Suite 350
    Albuquerque, NM 87109
    505.242.1290

Y:\dox\client\75301\0601\DRAFTS\W4627168.DOCX